No. 35,228

In the Matter of the Application of HAROLD ALLEN LAYMON for a Writ of Error *Coram Nobis.*

(111 P. 2d 72)

Opinion filed March 10, 1941.

*Harold Allen Laymon* pro se.

*Per Curiam:* The clerk is directed to file without deposit for costs the papers filed herein under the above caption.

The applicant seeks release by a "writ of error *coram nobis*" from a judgment and sentence of the district court of Bourbon county in June, 1934, for the crime of "car theft; sentence, 10 to 30 years."

This court has no original jurisdiction to grant a writ of *coram nobis;* therefore, the application is denied and this proceeding dismissed.